**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEFINA V. BALLESTEROS,  )<br>                               )<br>            Plaintiff,         )<br>                               )<br>       v.                      )<br>                               )<br>MICHAEL J. ASTRUE,             )<br>Commissioner of the Social    )<br>Security Administration,       )<br>                               )<br>            Defendant.         )<br>_____) | NO. CV 09-06372 SS<br><br><br><br>**JUDGMENT** |

   IT IS ADJUDGED that the decision of the Commissioner is REVERSED and REMANDED for further administrative proceedings, pursuant to sentence four of 42 U.S.C. § 405(g).

DATED: August 30, 2010.

```
             _____/S/_____
                  SUZANNE H. SEGAL
                  UNITED STATES MAGISTRATE JUDGE
```