PATRICIA L. McCABE
California State Bar No. 156634
7100 Hayvenhurst Avenue, Suite 314
Van Nuys, CA 91406
Telephone: (818) 907- 9726
Facsimile: (818) 907-6384
E-mail: PLMCCABE@aol.com

Attorney for Plaintiff,
JOSEPHINA V. BALLESTEROS

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOSEPHINA V. BALLESTEROS,<br><br>　　　　　Plaintiff,<br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner,<br>Social Security,<br><br>　　　　　Defendant. | Case No.: CV 09-06372 SS<br><br>ORDER FOR AN AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)<br><br>Magistrate Judge: Susanne H. Segal |

　　　Based upon the parties' Stipulation for Award of EAJA Fees (Stipulation), IT IS ORDERED that attorney fees be paid under the Equal Access to Justice Act (EAJA) in the amount of Three Thousand Nine Hundred and 00/100 Dollars ($3,900.00), pursuant to 28 U.S.C. § 2412(d), and costs in the amount of One Hundred Twenty-Four and 16/100 Dollars ($124.16), pursuant to 28 U.S.C. § 1920, subject to the terms of the above-referenced Stipulation.

　　　IT IS SO ORDERED.

Date: 3/28/11　　　　　　　　　　　　　/S/　SUZANNE H. SEGAL

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE